# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEJANDRO MUNIZ** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-2762 |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 29th day of September 2023, upon consideration of Defendants Clifford Jeudy, Nathaniel Davis, Larry Burnett, Mark Broady, City of Philadelphia, Blanche Carney, and Michelle Farrell's *motion for summary judgment*, [ECF 31] Plaintiff's response in opposition thereto, [ECF 36], and Defendants' reply, [38], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendants Clifford Jeudy, Nathaniel Davis, Larry Burnett, Mark Broady, City of Philadelphia, Blanche Carney, Michelle Farrell, and Philadelphia Industrial Correction Center, and against Plaintiff.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*